## LOTT *v.* LATIMER.

LEWIS, J.　The only question presented in this case being whether or not the plaintiff below sustained by proof his alleged cause of action, and the evidence introduced in his behalf fully warranting the finding in his favor, it does not appear that the trial judge erred in refusing to grant a new trial.

*Judgment affirmed. All the Justices concurring.*

Submitted May 8, — Decided May 25, 1901.

· Complaint.    Before Judge Dart.    City court of Douglas. August 24, 1900.

*C. A. Ward, W. P. Ward,* and *Levi O'Steen,* for plaintiff in error.